[No. 35591-1-I.     Division One.     April 29, 1996.]

SHARON JOHNSON, *Individually and as Administratix, Respondent*, v. TRI-STATE CONSTRUCTION, INC., *Appellant*, NORTHWEST ELECRIC, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-13899-9, Michael Hayden, J., entered October 12, 1994 and December 1, 1994. *Dismissed* and *remanded* by unpublished opinion per Baker, C.J., concurred in by Grosse and Webster, JJ.

[No. 36274-7-I.     Division One.     September 9, 1996.]

KEITH DENHERDER, ET AL., *Respondents*, v. WILLIAM R. PAYNE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 93-2-01264-3, Stanley K. Bruhn, J., entered February 6, 1995. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker, C.J., and Grosse, J.

[No. 18607-1-II.     Division Two.     September 13, 1996.]

DEBRA WHITE, *Appellant*, v. DON CULLEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-2-01032-1, Don L McCulloch, J., entered August 16, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 19028-1-II.     Division Two.     September 13, 1996.]

CARSON F. ELLER, *Appellant*, v. JOHN LADENBURG, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-11485-4, Kenneth D. Williams, J., entered December 20, 1994. *Affirmed* by unpublished opinion per Turner, J., concurred in by Morgan and Armstrong, JJ.